IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION


CHARLOTTE V. WOODS                                                          PLAINTIFF

v.                                                              **No. 2:07cv137 KS-MTP**

SOCIAL SECURITY ADMINISTRATION, et al.                        DEFENDANTS


### REPORT AND RECOMMENDATION

This matter is before the court on the plaintiff's second motion [5] to proceed *in forma pauperis* ("IFP") in this civil action.  Plaintiff filed the second motion on the same day that the court entered an order denying her first motion to proceed IFP.   The motion merely copies language from the report and recommendation [3] and provides no new argument or basis for granting leave to proceed IFP.  Accordingly, the undersigned recommends that the motion be denied and that plaintiff be directed to proceed, if she desires to do so, in the manner outlined in the court's order [4] of December 10, 2007.

NOTICE OF RIGHT TO OBJECT

In accordance with the rules, any party within ten days after being served a copy of this recommendation, may serve and file written objections to the recommendations, with a copy to the judge, the magistrate judge and the opposing party.  The District Judge at the time may accept, reject or modify in whole or part, the recommendations of the Magistrate Judge, or may receive further evidence or recommit the matter to this Court with instructions.  The parties are hereby notified that failure to file written objections to the proposed findings, conclusions, and recommendations contained within this report and recommendation within ten days after being

served with a copy shall bar that party, except upon grounds of plain error, from attacking on

appeal the proposed factual findings and legal conclusions accepted by the district court to which

the party has not objected.  *Douglass v. United Services Automobile Association,* 79 F.3d 1415,

1428-29 (5th Cir. 1996).

        SO ORDERED on this the 11th day of December, 2007.

                                      s/ Michael T. Parker
                                      United States Magistrate Judge